### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ADRIENNE FRANCOIS** | * | **CIVIL ACTION NO. 19-1858** |
| | * | |
| **VERSUS** | * | **JUDGE JAY C. ZAINEY** |
| | * | |
| **UNUM LIFE INSURANCE COMPANY** | * | **MAGISTRATE JUDGE DANA** |
| **OF AMERICA** | * | **DOUGLAS** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION AND ORDER OF DISMISSAL

MAY IT PLEASE THE COURT:

  Plaintiff, Adrienne Francois, for herself, her heirs, legal representatives, assigns, successors, representatives, employees, agents and attorneys, and defendant, Unum Life Insurance Company of America, through their undersigned counsel, hereby stipulate and agree that pursuant to a compromise reached between all parties, all claims plaintiff has asserted in this matter against Unum Life Insurance Company of America, be and they are hereby dismissed, with prejudice.

  WHEREFORE, the parties herein jointly move this Honorable Court to enter an Order dismissing plaintiff's claims with prejudice, in accordance with the parties' stipulation.

*Signatures and Certificate of Service, Next Page*

1

Respectfully submitted,

s/ Reagan L. Toledano
REAGAN L. TOLEDANO (#29687)
JAMES F. WILLEFORD (#13485)
WILLEFORD & TOLEDANO
201 St. Charles Avenue, Suite 4208
New Orleans, LA 70170
Telephone: (504) 582-1286
Facsimile: (313) 692-5927
E-mail: rtoledano@willefordlaw.com
*Attorney for Plaintiff, Adrienne Francois*

s/ Lauren A. Welch
LAUREN A. WELCH (#17199)
KRISTEN L. BURGE (#35686)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH, L.L.C.
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
E-mail: lwelch@mcsalaw.com
       kburge@mcsalaw.com
*Attorney for Defendant, Unum Life Insurance Company of America*