UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADRIENNE FRANCOIS | * | CIVIL ACTION NO. 19-1858 |
| VERSUS | * | JUDGE JAY C. ZAINEY |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | * | MAGISTRATE JUDGE DANA DOUGLAS |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 27th day of February, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE